Name: Sorin Grunwald
Address: 70 Vatra Luminoasa St., Apt. 7
Bucharest, 21918 ROMANIA
Phone Number: +40 743 490 892
E-mail Address: grunwald.sorin@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SORIN GRUNWALD, ROMEDEX INTERNATIONAL SRL, and BARD ACCESS SYSTEMS, INC., <br><br> Defendant. | Case Number: 3:12-cv-02422-WHA <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING <br><br> DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

Dated: June 29, 2012.

*/s/ William Alsup*
William Alsup
UNITED STATES DISTRICT JUDGE