IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VASONOVA INC,

Plaintiff,

v.

SORIN GRUNWALD, ROMEDEX INTERNATIONAL SRL, and BARD ACCESS SYSTEMS, INC,

Defendants.

No. C 12-02422 WHA

**ORDER DENYING DEFENDANT BARD'S MOTION TO DISMISS AS MOOT**

On June 20, 2012, defendant Bard Access Systems Inc., filed a motion to dismiss. As a matter of right, plaintiff filed an amended complaint on July 11, 2012. Defendant's motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: July 13, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE