IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA INC,<br><br>  Plaintiff,<br><br>  v.<br><br>SORIN GRUNWALD, ROMEDEX INTERNATIONAL SRL, and BARD ACCESS SYSTEMS, INC.,<br><br>  Defendants.<br>_____ / | No. C 12-02422 WHA<br><br>**ORDER DENYING DEFENDANT SORIN GRUNWALD'S MOTION FOR PERMISSION TO APPEAR AND RESPOND ON BEHALF OF DEFENDANT ROMEDEX INTERNATIONAL SRL IN THIS CASE** |

Pursuant to Civil Local Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Because there is no indication that *pro se* defendant Grunwald is a member of the bar of this Court, his motion for permission to appear and respond on behalf of defendant Romedex International Srl is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 25, 2012

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE