IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA INC, <br><br> Plaintiff, <br><br> v. <br><br> SORIN GRUNWALD, ROMODEX INTERNATIONAL SRL, and BARD ACCESS SYSTEMS, INC <br><br> Defendants. | No. C 12-02422 WHA <br><br> **ORDER GRANTING PLAINTIFF VASONOVA, INC.'S MOTION TO STAY ARBITRATION PROCEEDINGS** |

In light of defendant Grunwald's withdrawal of his opposition and the fact that no other parties have opposed plaintiff's motion to stay arbitration proceedings, this order **GRANTS** plaintiff's motion to stay arbitration proceedings. Arbitration proceedings between defendant Grunwald and plaintiff VasoNova, Inc. are hereby **STAYED** pending the outcome of this action. All issues will be decided in this Court. If any other parties in this action disagree with this order, they must make a filing by August 28, 2012 stating their objection and the basis therefore.

**IT IS SO ORDERED.**

Dated: August 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE