UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SORIN GRUNWALD, et al.,<br><br>    Defendants. | Case No. 12-cv-02422-JST<br><br>**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 129 |

    The Court directs the Clerk of Court to terminate the administrative motion to file under seal at ECF Number 129. The Motion fails to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders). Plaintiff is directed to re-file after consulting the Standing Order.

    This Order does not operate as a denial for purposes of Civil Local Rule 79-5(d) and (e).

Dated: June 10, 2013

                                    JON S. TIGAR
                                    United States District Judge