UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SORIN GRUNWALD, et al.,<br><br>    Defendants. | Case No. 12-cv-02422-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 160 |

At the September 11 case management conference, the parties informed the Court that a settlement in principle had been reached and that stipulations of dismissal would be filed within one week. See Civil Minutes, ECF No. 158. No such stipulation was filed, but today the parties have filed a notice stating that they "have reached a full and final settlement which resolves this matter in its entirety," and again anticipating that dismissal will be filed in a week. ECF No. 160.

The parties are hereby ORDERED to file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order not later than October 4, 2013. All deadlines and hearings in this case, including the case management conference scheduled for Saturday, September 28, 2013, are VACATED.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 27, 2013

                                                                JON S. TIGAR<br>
                                             United States District Judge