UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASONOVA, INC., <br>     Plaintiff, <br> v. <br> SORIN GRUNWALD, et al., <br>     Defendants. | Case No. 12-cv-02422-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 162 |

The parties have filed a stipulation of dismissal dated October 2, 2013, stating that they have agreed to a settlement of this action. ECF No. 162. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims and defenses in this action have been dismissed as stated in the parties' stipulation. ECF No. 162. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 3, 2013

                                                         JON S. TIGAR <br>
                                                         United States District Judge